Good morning, and may it please the Court, I'm Samantha Stern, Assistant Federal Public Defender. I represent Michael Heinrich, and I'd like to reserve three minutes for rebuttal. Granted. The best way for a district court to ensure the exclusion of potentially inadmissible expert testimony is not to exclude the testimony altogether, but to sustain the government's objections with respect to specific questions likely to elicit inadmissible testimony under Rule 704B. Before we go any further, because the report you just made is a very important one and there seem to me to be many questions with respect to this report, and also with respect to process, counsel have brought to our attention in the briefing the manner in which the ruling in this case was either made or was conveyed to counsel, and I would like very much to ask counsel exactly how that unfolded. Because my understanding, and I will be asking both of you, I'm asking Ms. Stern right now, to indicate, one, do I understand correctly that the exclusion of this expert report was by a telephone call from the district judge's law clerk, and secondly, do I also understand that that ruling, or that report as to what a ruling would be, was never actually followed up with an order or a written ruling by the court that addressed the issue of exclusion? Your Honor's understanding is correct. The procedure followed here was somewhat unusual. I've been a judge in three courts for 35 and a half years, and I can tell you that in that more than one-third of the century, yeah, this is a little unusual. As Your Honor indicated, these issues had been fully briefed by the parties. The court had held a hearing, at which time the parties presented oral argument on the district. Tell us a bit, if you would, about that hearing, please. Absolutely, Your Honor. So, the court held a hearing on the government's two motions to exclude, which had been fully briefed. By that time, it was clear that one of the issues that was teed up here was, what precisely was the mens rea requirement under Section 2251A? The court issued a preliminary ruling on that question alone, prior to the hearing. Then, at the hearing... And your expert's report was at least important to you and your client, with respect to that mens rea element, was it not? Absolutely, Your Honor. Mr. Heinrich's defense was that, in this case, although he intended to produce visual depictions, he did not intend that those visual depictions be sexually explicit in nature. The expert report went precisely to that question, as to his mens rea. And so, at the hearing, which was really oral argument by the parties, the district court, having been presented with the expert's report, and having received a proffer from defense counsel about what the expert would have testified to at trial, went on to share oral argument on the various settles of evidence and the implications for the admissibility of the report. Was there... First of all, my recollection is that this was not in the nature of the Daugherty case. That's correct, Your Honor. And, of course, one of the F.R.E. questions here would necessarily be in Rule 403. Probably. Correct? That's correct. Did the district court ever engage in, explicitly, in 403 balancing? And this court has many times seen cases where that did not occur, but in some cases we have been willing to look beyond the lack of explicit discussion and see that there has been some implicit recognition of the 403 balancing. What can we derive from the record here? There was no balancing, certainly. This case goes beyond the records that this court has dealt with before, where district courts adopt, you know, 403 objections by one party or another and cite the language of 403. The court did absolutely none of that in this case. The judge did recognize, in the course of the oral argument, and this was not a ruling, per se, but the judge did recognize that some of this proffered testimony was relevant. This was in the telephone conference? No, Your Honor. This was in the pretrial hearing on... Mentoring. That you indicate was largely in the form of oral argument. Correct. Was there any testimony presented in that? No testimony. A proffer by defense counsel about what the expert would have testified to. This was not a Daubert hearing. This was not a... And I assume neither side requested a Daubert hearing? I don't believe either side requested a Daubert hearing. There was clearly a 702 objection to this report. I cannot recall. I'd have to refer back to the record to see if there was a specific request. I guess I could understand why you might not make a request for a Daubert hearing, but I'd be interested in hearing Mr. Hallowell as to why the government was not... Your Honor, I think that the spirit of the Daubert, or the spirit of the 702 challenge, is really about the reliability of Dr. Schwartz's methods. And so, it was really a legal argument about the tests relied upon by the expert, and then the relative, the fit, and the relevance of the report. And the... Wasn't there a 704B issue presented? Yes, there was also the 704B issue. And 704B is not a rule that would support the wholesale exclusion of this report. 704 generally embraces the notion that parties can offer opinion testimony that goes to, or embraces, an ultimate issue in a case. Where we draw the line is where the expert opines about the mens rea of the defendant in a criminal case. So, Dr. Schwartz could not have testified that Mr. Heinrich did not intend to produce sexually explicit images. That much is clear. But he offered testimony on a number of topics that did not cross that line. And so, the reference to 704B simply does not support the wholesale exclusion of this testimony. So, tell us if you will, as I had foreshadowed a few minutes ago, just what transpired in this telephone conference. Was it effectively a telephone status conference? Was it billed as such? Were you and the government notified that it was a stated conference? Just explain, and I'll ask Mr. Hallowell to do the same thing, how this unfolded. The record of the status conference that we have, Your Honor, is in the minute entry that's in the appendix one submitted with the brief. Which reflects that the law clerk had a telephone status conference with the parties. Where it indicated that the court was going to grant the government's motion to exclude. And that the basis for the ruling was 403. Yes. So, what is reported to you is that action that will prospectively take place. The law clerk promised that a written decision was coming. And the minute entry reflects that the law clerk was recognizing that the opinion itself would be the decision. Not his representations to the party about what the ruling would be. Again, this is an unusual proceeding. But I think it appears as though the law clerk was acting sort of ministerially to advise the parties of what the ruling would be. More importantly, I'm assuming from that last statement, that that is what you perceived the law clerk to be doing. That he was merely conveying to you on behalf of the court, on behalf of the judge, what the ruling would be in a ministerial fashion. Is that fair? Yes. I think that's fair to say, Your Honor. And moving forward, the parties took this to mean the court was excluding this testimony. They entered a plea agreement where Mr. Heinrich's right, excuse me, where Mr. Heinrich's guilty plea was conditioned on his right to appeal this order, excluding his testimony. They then proceeded to change a plea proceeding where defense counsel represents what has transpired. What defense counsel understands the ruling from the district court to be. And references the fact that a written decision is likely forthcoming. And the court does not correct counsel at any point. So it seems as though what the law clerk conveyed was in fact what had transpired. And the district court shared that understanding. So this is an unusual circumstance. However, I would urge the court not simply to remand for the district court to do the work that had not been done in this case. You don't want us to do that? Why, what else could we possibly do here? If, in fact, there was error in the exclusion itself. Or in the process that led up to the exclusion or both. We'd ask you to find that there was error in the exclusion itself. Not simply to remand for a decision in the first instance. It's clear that some of the. Are you asking us essentially to take a de novo look at the face of the report? And determine whether or not it should be permitted? A de novo look at the ruling under 704B and 403. It's clear that 704B does not support the wholesale exclusion of the report. And as for 403, this court has cautioned. It's not to be used as a rule of pretrial exclusion. Very, very rarely should 403 be invoked. The district court does not have here the record that it has as cases unfold in trials. Necessary to do the balancing. You have on a number of occasions in these few moments. In these few minutes before us. Referred to the process here as being unusual. Is that the word you used? And I readily agree. So given the unusual nature of the procedure used. Which eventually led to exclusion of an important piece of evidence to the defense. Why did you not at some point insist on a district court ruling here? Since there was no such ruling ever. There wasn't an opportunity to object to this procedure in the traditional sense. I think all of the parties. But you could have leading up to the entry of the conditional plea. Have asked for some kind of reason, ruling or opinion. On the exclusion. The parties understood that this was an exclusion under 704B and 403. Which were the rules cited by the law clerk in conveying the ruling. But the condition. But, but. Yeah. Go ahead, Judge Hugarin, please. No, I was going to say, but part of the plea was conditional on this. Wouldn't that have been the point to say we'd request a ruling on this? The teeing up of these issues in the briefing. The oral argument on these issues. The parties did everything in their power to ask this court to adjudicate the question. This court being the district court? Excuse me, yes, the district court. I don't know that we can expect that parties following extensive briefings, hearings on issues, also need to demand rulings from district courts. District courts are in the business of adjudicating. And so. They're also in the business of hearing from counsel. And I would hope that any good judge is in the business of hearing counsel. Make, if not demands, strong and firm requests in the advocacy role. Where the counsel believes the court has not acted at all in a way that the court should have. Parties have been advised that. I have a long history and a very, very respectful one with your office. And never known folks to be timid about asking that the court live up to its obligation. That will do its job. I think this court here has enough to rule. The parties relied on the court's representation that it is going to be issuing a written decision. But certainly this court could also stay this appeal if it's interested. And remand back to the district court for that written opinion that never ultimately came. And that is another option for this court. We'll have you back on rebuttal. Mr. Hallowell, I think I probably keyed up a couple questions already that you don't even have to anticipate now. Absolutely, your honor. In fact, it was a footnote in your brief that didn't first bring to my attention what seems to be an unusual procedural course here. But this footnote in your brief that really seemed to suggest how unusual this was. That's right, your honor. And I'd start just to foreground the merits by pointing out section 2251's mens rea is clear from its text and it is not the mens rea that was raised by the expert report here or by Mr. Heinrich below and the record is sufficient to affirm on that ground. But turning to the procedure that happened here, I agree with my friend on the other side with her summary of how the status conference came to occur. No transcript, of course, of the status conference. That is correct. How long did it last? The minute entry indicates that it lasted for an hour and 15 minutes. That's not a brief conversation. It's not, your honor. To set the stage, I think it's... Well, I couldn't talk about it for 35 minutes. So this status conference happened on the Thursday before a Monday trial date. So the hearing that we have discussed happened on the Monday before the Monday trial date. This is all the lead up to a trial date. My understanding from trial counsel is what was discussed at that conference was whether or not the parties would be able to reach a plea agreement or whether the trial would be moving forward on the following Monday. And again, my understanding from the trial assistant is that there was some question of whether the parties would be able to reach an agreement without knowing the fate of the motion to exclude the expert testimony. And so that was the context in which the court said, the district law clerk said to quote the minute entry that the court was intending to grant that motion. And the conditional plea agreement that appears in the record was reached very quickly afterwards. And the Monday date became a plea hearing, which is transcribed and which is in the record. That was the substance of the discussion at that Thursday status conference. And again, my understanding is the bill was a status conference. Counsel made aware of it, all conducted by telephone. Why shouldn't we send this back to require the district court to engage in the kind of analysis that is required by the rules of evidence and that makes the appropriate record for us to review relative to an expert? So in this particular case, the record is clear enough that this court can rule on the evidentiary issues without a need for a limited brief. Now, we agree that what happened in this case was improper and inappropriate. The district judge should not allow a law clerk to conduct status conferences without the presence of the judge. And it should not allow a law clerk to give indications of how a judge is going to rule on substantive matters and that is, of course, what happened here. And we think this court would be very justified in making clear in its opinion that district judges should not do that. Should manage their chambers in a way that's not the role of a law clerk. Here, as this court has said in the 403 context, it's possible even where the district court does not explicitly balance the rule 403 factors or implicitly balance the rule 403, it's possible for this court to engage in a de novo review of the rule 403 question. And that is certainly possible here because the district court, as my friend explained, issued a written opinion on the mens rea issue that applies to section 2251. Rejecting their proposal that the mens rea is intent to produce child pornography finding it's linked to the text of the statute. And the rule 403 question flows directly from that legal ruling, which is in the record and which is well supported. So, this court can clearly look at that statutory interpretation question, which again I'd submit is clear in our favor. And compare that to the expert report and the proffer that was given at the hearing before the district judge as to what that expert testimony would be, which again is directed at intent to produce child pornography. And subsidiary questions of motive separate from mens rea opining on the motive of whether Mr. Heinrich was sexually attracted to children or not. Each of those concepts is different from, separate from the mens rea that's required here and would impose a clear risk of confusing the jury, misleading the jury as we argued at length in our brief. But isn't the issue that the report was never really excluded? That we don't have a substantial question for us because there was no order and while there was a promise or an indication of what would happen, it never occurred. So, I'd first note that that's not a reason for reversal that has been advanced by Mr. Heinrich here. If that's a separate ground for reversal. You don't think that this court's correspondent could say we don't actually have a question before us to resolve? That might actually sound in jurisdiction. It might and if we certainly think it would be, if the court has concerns about its jurisdiction, a limited remand for the opinion that was promised might be proper here. But in this case, the court is reviewing Mr. Heinrich's conviction. The conviction is clearly entered on the docket. The appeal is from that conviction. I think that would not make this a question of jurisdiction, but rather of the basis for what occurred in the district court. Why didn't the government ask for a Daubert hearing in this case presented with a report of the nature this report is and frankly, having some of what I will go so far as to say some facially questionable assertions or conclusions. Why not ask for a Daubert hearing and beyond that, why didn't you ask for a Daubert hearing? Sure. It's the defense's burden to prove by a preponderance of the evidence that their expert testimony has been dismissive. So if they had wished to present the district court with additional testimony by Dr. Schwartz that would have buttressed his conclusions or established that his methodology is perhaps more reliable than it would have appeared. They could have made that claim through testimony. We could have cross-examined Dr. Schwartz. They didn't even do that. So certainly we... Wouldn't you have wanted to question, cross-examine Dr. Schwartz? I think it would have shown even more clearly that his methods are not reliable and do not fit the mens rea that the jury would have been required to establish here. But even from his report, which is the sole evidence that Mr. Heinrich provided to the district court on the issue, it's clear there's no fit between what he was looking at, the question of intent to produce child pornography, and the actual mens rea, which is did he induce this sexual conduct for the purpose of producing the photograph? Well, let's just, setting aside Daubert, does this record contain anything with regard to expert qualifications beyond what the report slash letter itself says? There's nothing in this record, Your Honor. Often in expert reports, of course, you'll see some sort of resume, some sort of explanation of how many times this person has testified before, been qualified as an expert. There's nothing, there's nothing indicating he's testified previously. There is nothing indicating that. And there's also nothing, there's no section setting out his methodology here, saying here is how I am able to determine what was going on in this person's head 16 months previously, two years previously. There's no explanation of the factors that he's considering and not considering. That's also a very important part of any expert report, and that would have been a ground for exclusion here. And again, just looking at the report itself, which is all we have about the substance of his testimony, he is focusing on, primarily on Mr. Heinrich's narrative in describing what happened in his interaction with these two minor victims. And that narrative is, it's certainly inconsistent with what Mr. Heinrich later pleads to. It's inconsistent with the sworn affidavit in support of the criminal complaint. It's also inconsistent with the pictures that Mr. Heinrich took that were entered at the detention hearing and that Dr. Schwartz noted in his report that he'd reviewed. So, but there's nothing in Dr. Schwartz's report indicating why he relied on Mr. Heinrich's self-serving narrative, unsworn, he had no incentive to be truthful when talking to Dr. Schwartz, in figuring out what happened and then what was Mr. Heinrich thinking when that happened. And so, on the face of it, as a matter of law, this expert report would not have been admissible under Rule 702 for lack of liability, and lack of reliability, excuse me, and also for lack of fit. And so that's, and again, this court can affirm on any ground, even had the district court entered a formal order and said, I exclude based on Rule 403, Rule 704B, I don't reach the 702 question, this court could still affirm on Rule 702 as an alternate ground, and that is certainly what we would be asking in that scenario that we're asking here. Mr. Chigaris, do you have any questions? Just one, we asked your friend across the aisle whether the district court was reminded at the pre-hearing, or maybe at sentencing, about this outstanding issue. Is that, I believe your friend said in the briefs they brought it up. Do you recall that as well? Was there any mention at the hearing about this, or either hearing? So, at the plea hearing, counsel for Mr. Heinrich stated on the record that his guilty plea was subject to the district court's, the phrase is an anticipated, either memorandum outlining that his defense expert would be excluded. That's the statement that's put on the record at the moment of the plea. District judge does not say, I haven't actually ruled on that, and I'm still reserving judgment. So, it was clear to the parties in the courtroom at the time that this had effectively been established. It certainly wouldn't have been still irregular, but more proper for after that plea hearing, a written opinion to have been issued by the court. I think that's what the trial counsel may have anticipated would happen. But, the parties certainly moved forward without, either through a motion or at the sentencing hearing, requesting that a written opinion be made. Okay. Thank you. Oh, sorry. Yeah. So, but, I mean, I think that just shows, again, this is not a ruling that's made in the middle of trial where the judge says to rule 403, you know, sustained, overruled, and there's no indication of how the balancing is. This rule 403 question had been heavily briefed, was discussed at an extensive hearing. The reasons for, the reasons why this expert would have been excluded on rule 403 are apparent from the record, based on the mens rea issue, especially, which I point out in closing, my friend on the other side has essentially abandoned the mens rea question in her reply to page three, where she no longer says intent to produce child pornography should have been the standard. She's saying purpose of producing a visual depiction of sexual explicit conduct. And that is not what Dr. Schwartz was opining on. And so, for all of the reasons of rule 403, rule 704 in the case of ultimate exclusion, and rule 702, this record is sufficient for the court to affirm. If there are no further questions. Thank you, Mr. Conlow. Thank you very much. Let's start rebuttal. Is Mr. Hallowell correct that you have abandoned the intent issue? No, your honor. No, absolutely not. Our formulation of intent is that the language purpose of producing visual depictions of such conduct. Of such conduct refers to sexually explicit conduct. That the purpose required extends to the sexually explicit nature of the depictions as well. As I understand the government's formulation, they say so long as the defendant acts with the purpose of producing visual depictions, full stop, violated the statute. The language in the statute clearly indicates Congress is requiring purpose not only to create a visual depiction, but to create one that is sexually explicit in nature. And we're not going to use the term child pornography because I think that confuses the issue. We'll use the language of the statute here. But clearly it requires the defendant has purpose of producing sexually explicit conduct. And Dr. Schwartz's proffered testimony related to that question. Did Mr. Heinrich, did he view this as sexually explicit? And that, one of the questions for, one of the questions there is whether or not this is a lascivious exhibition. And that's defined in part by whether the depictions are intended to arouse the viewer. And Dr. Schwartz's testimony was relevant to that question. I'd like to turn to the 403 issue. This court cannot affirm on Rule 403 grounds if its prior precedent is to be taken seriously. This court has said time and time again, district courts, you have to engage in the balancing. You have to do the 403 analysis. And although recently in the Green Stand decision, this court did engage in a de novo balancing. It was with a clear record of what the district court's rationale for the 403 decision was. So here we don't have the rationale. The government argues that the district court rejected Mr. Heinrich's Monsrea formulation. That's not accurate. The district judge understood that he was actually adopting the Monsrea formulation. As the parties briefed it, it was general intent or specific intent. The judge said specific intent. Now there may have still been some questions about specific intent to do what. And there may have been more to work out here. But it simply cannot be said that this district court adopted the government's rationale for 403 exclusion. The judge did not find that this was irrelevant testimony. In fact, he acknowledged on the record that some of it was probative to the question of Monsrea. The reasons for the exclusion under 403, you know, the substantially outweighed by was it unfair prejudice, was it misleading, was it confusing the issues, it's not clear on this record. This court cannot do balancing to affirm this very deficient ruling. If the district court got the Monsrea question correct, just assume that for a moment, then does the exclusion of the report automatically follow? This court has to answer the question of whether or not the language in the statute, purpose of producing a visual depiction of sexually explicit conduct requires purpose as to the sexually explicit nature of the photo. Right. So assume the district court got that question right. Your Honor, I don't think the district court answered that question. The district court relied on the language of the statute. It did not fully address in that decision whether purpose is required as to see this phrase in the statute. Let's put it this way. If we accept that the district court's ruling on Monsrea is correct, then what follows for the evidentiary question, issue?  But what I would say is, if Your Honors accepts the government's formulation of intent, that all that's required is specific intent to produce a visual depiction, which I'll note is somewhat different from the formulation they offered below. Below is really general intent versus specific intent, which is not a very specific argument about what intent is required. If you adopt the government's view, I'm not sure Dr. Schwartz's testimony can be relevant. But I don't think you can. Congress is very clear on the statute. And this intent is precisely what separates innocent conduct from First Amendment-protected conduct. We ask that the court reverse and remand with instructions not to admit, or excuse me, not to exclude based on Rules 403 and 704B. Thank you. Thank you very much, Mr. Ernst. Thank you to both the counsel for a well-briefed and well-argued case, which we will take under advisement.